IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON JONES, | ) | No. C 12-2487 RMW (PR) |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| v. | ) | PLAINTIFF'S MOTION FOR |
| | ) | VOLUNTARY DISMISSAL |
| STATE OF CALIFORNIA, | ) | |
| | ) | |
| Defendant. | ) | |

On May 16, 2012, plaintiff, a California state prisoner, filed a document entitled "Involuntary Petition," which initiated these proceedings. (Docket No. 1.) On May 29, 2012, petitioner filed a notice of withdrawal requested that the complaint be withdrawn and disregarded. (Docket No. 4.) Plaintiff may voluntarily dismiss his complaint with or without order of this court. See Fed. R. Civ. P. 41(a)(2); 41(a)(1)(A). Said dismissal may be with or without prejudice, but unless plaintiff's notice of dismissal or the court order states otherwise, it is deemed to be "without prejudice." See Fed. R. Civ. P. 41(a)(1); 41(a)(2). Because the opposing parties have not been served, plaintiff's request for voluntary dismissal is construed as a "notice of dismissal," and requires no order from the court. See Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, this action is DISMISSED. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Motion for Voluntary Dismissal
G:\PRO-SE\SJ.Rmw\CR.12\Jones2487VolDis.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JASON JONES,

        Plaintiff,

  v.

STATE OF CALIFORNIA et al,

        Defendant.

Case Number: CV12-02487 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason Jones P-70638
CSATF/State Prison
P.O. Box 7100
Corcoran, CA 93212

Dated: September 17, 2012

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk